United States District Court
Southern District of Texas

**ENTERED**

April 10, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED WISCONSIN INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 7:23-CV-00340 |
| YUAN WANG, et al., | § § | |
| Defendants. | § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Pending before the Court is the March 20, 2026, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Juan F. Alanis. (Dkt. No. 73). Judge Alanis made findings and conclusions and recommended that the Hack[1] Family's Motion for Partial Summary Judgment, (Dkt. No. 66), be granted, (Dkt. No. 73).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1)     Judge Alanis's M&R, (Dkt. No. 73), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court;

---

[1]     Defendants Mildred Hack, Ernelyn Hack, and Terry Hack on Behalf of Troy Hack's Estate, (collectively, the "Hack Family"). (Dkt. No. 73 at 1).

(2)    The Hack Family's Motion for Partial Summary Judgment, (Dkt. No. 66), is **GRANTED**; and

(3)    The Wangs[2] are **DISMISSED** from the case.

It is SO ORDERED.

Signed on April 9, 2026.

_____

**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**

---

[2]    Defendants Yuan Wang, individually and as next friend of Z.W., a minor (collectively, the "Wangs").  (Dkt. No. 66 at 1).